IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: S1-4:18CR00007HEA/NAB |
| CORNELIUS WATSON, | ) ) ) |
| Defendant. | ) |

**<u>DEFENDANT'S SENTENCING MEMORANDUM</u>**

Comes now defendant, Cornelius Watson, by and through his attorney, Gregory N. Smith, and hereby files the following Sentencing Memorandum:

Mr. Watson entered a plea of guilty to one count of being a previously convicted felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(2).  The Presentence Investigation Report (PSR) prepared by the United States Probation Office calculated a total offense level of 28.  The PSR further calculated a criminal history score of 1.  As such, the PSR calculated his criminal history as category I.  Based upon a Total Offense Level of 28 and a Criminal History Category I, the PSR states the advisory Guideline Imprisonment Range is 78-97 months imprisonment.  Mr. Watson did not file an objection with respect to the PSR's guideline calculation.

Mr. Watson respectfully requests this Court to honor and follow the agreement of the parties as set forth in the Plea Agreement and impose a sentence of 108 months imprisonment.  Mr. Watson makes this request based upon the facts and circumstances of this case in its entirety.

Respectfully submitted,

*/s/ Gregory N. Smith*_____
GREGORY N. SMITH #58482MO
Grant, Miller & Smith, LLC
7733 Forsyth Blvd., #1850
St. Louis, MO  63105
(314) 721-6677 (314) 721-1710 FAX
Attorney for Defendant Watson

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2020, I filed the foregoing in the above mentioned action with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Jeannette Graviss, Assistant United States Attorney.

*/s/ Gregory N. Smith*